IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| A.S., a Minor, by her Father and Mother and Next Friends, DAN AND JANN STRUTZENBERG, DAN STRUTZENBERG, Individually, and JANN STRUTZENBERG, Individually,<br><br>Plaintiffs,<br>vs.<br><br>TREYNORCOMMUNITY SCHOOL DISTRICT, TIM NAVARA and KEVIN ELWOOD,<br><br>Defendants. | CASE NO. 1:14-cv-35<br><br><br>REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS TREYNOR COMMUNITY SCHOOL DISTRICT AND TIM NAVARA |

Plaintiffs appear to concede that they have no claim against Tim Navara in his individual capacity. They do, however, seek to hold him liable in his official capacity. This claim fails because there is no "remedy [under Title IX] … against school officials in their official capacities, as such claims are redundant to claims against the school district." *Braden v. Mountain Home School Dist.*, 903 F.Supp.2d 729, 738 (WD Ark. 2012) (*citing Will v. Michigan Dept. of State Police*, 491 U.S.58, 71, 109 S.Ct. 2304, 2312, 105 L.Ed.2d 45 (1988)). *See also, Bollman v. Ciesla*, 2014 WL 1765003 *3 (WD Ark. 2014) (dismissing Title VI claims[1] against school officials in their official capacities as redundant and unnecessary, in light of claim against the school district). Count II of the Petition should be dismissed.

---

[1] Title VI, 42 U.S.C § 2220d, prohibits intentional discrimination by grant recipients based on race, color or national origin. *Bollman*, 2014 WL 1765003 *2.

1

Respectfully submitted,

_____
Douglas L. Phillips     #AT0006251
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA  51106
phillips@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax

ATTORNEYS FOR DEFENDANTS TREYNOR COMMUNITY SCHOOL DISTRICT AND TIM NAVARA

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Becky S. Knutson
Margaret A. Hanson
Davis, Brown, Koehn, Shors & Roberts, PC
215 10th Street, Ste. 1300
Des Moines, IA  50309-3993