IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(WESTERN DIVISION)

| | |
|---|---|
| A.S., a Minor, by her Father and Mother and Next Friends, DAN AND JANN STRUTZENBERG, DAN STRUTZENBERG, Individually, and JANN STRUTZENBERG, Individually,<br><br>      Plaintiff,<br>v.<br><br>TREYNOR COMMUNITY SCHOOL DISTRICT, TIM NAVARA, and KEVIN ELWOOD,<br><br>      Defendants. | Case No. 1:14-cv-35<br><br>**JOINT STATUS REPORT RE: ELECTRONICALLY STORED INFORMATION** |

**COME NOW** the parties, by and through their respective counsel, and submit the following Joint Status Report Re: Electronically-Stored Information:

1. The estimated number of custodians of electronically-stored information who will be the subject of orders of retention, and orders for search for information:

    **Plaintiffs are the sole custodian of ESI, and the parties anticipate each of them will be the subject of orders of retention, and orders for search for information.**

    **Defendant's custodians are :**
    **The parties anticipate that Treynor Community School District, Shelley Bailey (the technology coordinator), Kevin Elwood and Tim Navara, individually and in their official capacities will be the subject or orders of retention, and orders for search for information, and the specific individual at the Treynor Commuity School District will be Shelley Bailey.**

2. Identification of relevant and discoverable ESI, including all methods agreed upon by the parties for identifying any initial subset sources of ESI

#2590083

>which are most likely to contain relevant and discoverable information, as well as methodologies agreed upon for retrieving the relevant and discoverable ESI from the initial subset.
>
>**The parties have not determined the number of discrete items containing electronically stored information.**

3. The agreed time frame for all searches of computers maintained by any and all parties.

   **The parties have agreed that the time frame for such searches shall be limited to the time span between: August 15, 2012 to the January 1, 2015.**

   **Additional timeframes may be requested, and there is no agreement on times preceding or succeeding the agreed timeframe.**


4. The agreed format for any computerized searches.

   **Computerized searches will be produced on disk and identify which request[1] they are responsive to. Correspondence, including email, will be produced on disk in searchable electronic form. Any and all documents, spreadsheets or databases will be produced in the native form in which they are stored by the programs creating them.**

   **The parties agree that ESI produced will not be converted from its ordinary form to a form that makes it less readily usable in the litigation. For example, if ESI is ordinarily searchable, it may not be produced in a form that removes or degrades this feature. If for some reason ESI is produced by either party that is not "reasonably useable," the parties agree to "translate" the ESI and provide "technical support," if necessary, to enable the requesting party to use the ESI.**


5. The agreed search terms to be utilized in any computerized search.

   **The parties have proposed to use the following searches or terms:**

   | | | |
   |---|---|---|
   | "civil rights" | discipline | Matty |
   | "other girls" | Driver | misdemeanor |
   | Abby | felony | physical contact |
   | Abigail | harassment | plea |

---

[1] A request for "documents" should be understood as encompassing ESI, unless discovery clearly distinguishes ESI from paper documents.

2

| | | |
|---|---|---|
| Addy | hearing | protect |
| allegation(s) | imprisonment | protection |
| assault | injuries | sentencing |
| assembly | injury | sex abuse |
| bodily injury | Jacobson | sexual |
| complaint | Jann | Strutzenberg |
| counseling | kidnapping | suspend |
| county attorney | Kreighton | suspension |
| criminal | lawsuit | trial |
| disciplinary | Maddie | victim(s) |
| | | victimize |
| | | violence |

**or if entire databases emails or other documents should be produced in their entirety, if any exist, court assistance may be necessary if an issue arises.**

**As discovery progresses, Plaintiffs may request additional searches if needed.**

6. Whether the existence of, and retention of, ESI has been identified in the initial disclosure exchanged, or to be exchanged by the parties.

    **All ESI likely to be at issue in this case and currently known to the parties and their counsel shall be identified by the parties' Rule 26 disclosures. The parties have agreed that each party will provide a copy—or a description by category and location—of all electronically stored information in their possession, custody, or control and which may be used to supports its claims or defenses, unless the use would be solely for impeachment. *See* Fed. R. Civ. P. 26(a)(1)(A)(ii).**

7. The implementation and existence of litigation holds on electronically stored information by all parties.

    **Plaintiffs have implemented a litigation hold on any and all ESI relevant or potentially relevant to the issues in this case.**

    **Defendants:**

    **Counsel for the District has advised the Board of Directors of the Treynor Community School District and Ms. Bailey to implement a**

**litigation hold on any and all ESI relevant or potentially relevant to the issues in this case.**

                Respectfully Submitted,

                /s/ Becky S. Knutson
                Becky S. Knutson, AT0004225
                Margaret A. Hanson, AT0011866
                Davis, Brown, Koehn, Shors & Roberts, P.C.
                The Davis Brown Tower
                215 10th Street, Suite 1300
                Des Moines, IA 50309-3993
                Telephone: (515) 288-2500
                Facsimile: (515)243-0654
                Email: BeckyKnutson@davisbrownlaw.com
                MaggieHanson@davisbrownlaw.com
                ATTORNEYS FOR PLAINTIFFS

                /s/ Douglas L. Philips
                Douglas L. Philips
                Klass Law Firm, LLP
                Mayfair Center, Upper Level
                4280 Sergeant Road, Suite 290
                Sioux City, Iowa 51106

                ATTORNEY FOR DEFENDANTS
                TREYNOR COMMUNITY SCHOOL
                DISTRICT AND TIM NAVARA

                /s/ Andrew J. Bracken
                Andrew J. Bracken
                Amanda G. Jansen
                Ahlers & Cooney, P.C.
                100 Court Avenue, Suite 600
                Des Moines, Iowa 50309
                dbracken@ahlerslaw.com
                ajansen@ahlerslaw.com
                ATTORNEYS FOR KEVIN ELWOOD