UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| A. S., A MINOR, BY HER FATHER AND MOTHER AND NEXT FRIENDS, DAN AND JANN STRUTZENBERG, DAN STRUTZENBERG, INDIVIDUALLY, JANN STRUTZENBERG, INDIVIDUALLY<br><br>Plaintiffs,<br><br>vs.<br><br>TREYNOR COMMUNITY SCHOOL DISTRICT, TIM NAVARA, KEVIN ELWOOD<br><br>Defendants. | NO. 1:14-CV-35<br><br>**DEFENDANTS TREYNOR COMMUNITY SCHOOL DISTRICT AND TIM NAVARA'S ANSWER TO FIRST AMENDED COMPLAINT**<br>**And**<br>**JURY DEMAND** |

COME NOW Defendants, Treynor Community School District and Tim Navara, and for their Answer to Plaintiffs' First Amended Complaint, state as follows:

**PARTIES**

1. Paragraph 1 is admitted.

2. Paragraph 2 is admitted.

3. Paragraph 3 is admitted.

**JURISDICTION AND VENUE**

4. Paragraph 4 is admitted.

5. Paragraph 5 is admitted.

6. Defendants admit that venue is proper in the Southern District of Iowa, Western Division. The remainder of paragraph 6 is denied.

**FACTUAL BACKGROUND**

7. Paragraph 7 is admitted.

**KLASS LAW FIRM, L.L.P.**

8. Defendants admit that during the 2012-2013 school year, Kreighton Elwood was enrolled as a student in the Treynor Community School District, that he was a junior, that Kevin Elwood is Kreighton Elwood's father, that Kevin Elwood is District Superintendent and that as Superintendent, he was responsible for administration of Board Policies, including those prohibiting sex discrimination, harassment, bullying and assault. The remainder of paragraph 8 is denied.

9. Defendants admit that on May 16, 2013, Kreighton Elwood had A.S.' car keys. The remainder of paragraph 9 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

10. Paragraph 10 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

11. Paragraph 11 is denied.

12. Defendants admit that Dan Strutzenberg reported an incident involving A.S. and Kreighton Elwood to the police. The remainder of paragraph 12 is denied.

13. Paragraph 13 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

14. Defendants deny that the matters described in paragraph 14 occurred on October 19, 2013. Defendants admit that Kreighton Elwood plead guilty to several offenses. Defendants admit that Kreighton Elwood remained enrolled as a student in the District, and that his name appeared on a subsequent honor roll. Defendants deny that no disciplinary action was taken. The remainder of paragraph 14 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

15. Defendants admit that Jann Strutzenberg was advised of her rights under the Family and Medical Leave Act and allowed to take leave as requested. The remainder of paragraph 15 is denied.

16. Paragraph 16 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

17. Defendants admit that Dan Strutzenberg spoke with two school board members. The remainder of paragraph 17 is denied.

18. Defendants admit that Plaintiffs have filed written complaints. The remainder of paragraph 18 is denied.

19. Defendants deny that there were complaints prior to May of 2013 and Defendants deny that they had knowledge of sexually aggressive and assaultive behavior toward other female students in the past. The remainder of paragraph 19 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

20. Paragraph 20 is denied.

21. Paragraph 21 is denied.

22. Paragraph 22 is denied.

## COUNT I

### VIOLATION OF 20 U.S.C. § 1681
### AGAINST DEFENDANT
### TREYNOR COMMUNITY SCHOL DISTRICT

23. Defendants incorporate their answers to paragraphs 1-22.

24. Defendants admit that Kreighton Elwood and A.S. were both students enrolled at school in the District when the incident happened. The remainder of paragraph 24 is

**KLASS LAW FIRM, L.L.P.**

denied for lack of information sufficient to form a belief about the truth of the matters asserted.

25. Paragraph 25 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

26. Paragraph 26 is denied.

27. Paragraph 27 is denied.

28. Paragraph 28 is denied.

## COUNT II

### VIOLATION OF 20 U.S.C. § 1681
### AGAINST DEFENDANT TIM NAVARA

29. Defendants incorporate their answers to paragraphs 1-28.

30. Defendants admit that Kreighton Elwood and A.S. were both students enrolled at school in the District when the incident happened. The remainder of paragraph 30 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

31. Paragraph 31 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

32. Defendants admit that Tim Navara was the high school principal. The remainder of paragraph 32 is denied.

33. Paragraph 33 is denied.

34. Paragraph 34 is denied.

## COUNT III

### VIOLATION OF 20 U.S.C. § 1681
### AGAINST DEFENDANT KEVIN ELWOOD

35. Defendants incorporate their answers to paragraphs 1-34.

36. Defendants admit that Kreighton Elwood and A.S. were both students enrolled at school in the District when the incident happened.  The remainder of paragraph 36 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

37. Paragraph 37 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

38. Defendants admit that Kevin Elwood was the Superintendent.  The remainder of paragraph 38 is denied.

39. Paragraph 39 is denied.

40. Paragraph 40 is denied.

## COUNT IV

### VIOLATION OF 42 U.S.C. § 1983
### AGAINST DEFENDANT
### TREYNOR COMMUNITY SCHOL DISTRICT

41. Defendants incorporate their answers to paragraphs 1-40.

42. Paragraph 42 is denied.

43. Paragraph 43 is denied.

44. Paragraph 44 is denied.

## COUNT X

### NEGLIGENCE AGAINST DEFENDANT
### TREYNOR COMMUNITY SCHOL DISTRICT

67.   Defendants incorporate their answers to paragraphs 1-105.

68.   Paragraph 68 is denied.

69.   Paragraph 69 is denied.

70.   Paragraph 70 is denied.

71.   Paragraph 71 is denied.

## COUNT XI

### NEGLIGENCE AGAINST DEFENDANT
### TIM NAVARA

72.   Defendants incorporate their answers to paragraphs 1-110.

73.   Paragraph 73 is denied.

74.   Paragraph 74 is denied.

75.   Paragraph 75 is denied.

76.   Paragraph 76 is denied.

## COUNT XII

### NEGLIGENCE AGAINST DEFENDANT
### KEVIN ELWOOD

77.   Defendants incorporate their answers to paragraphs 1-115.

78.   Paragraph 78 is denied.

79.   Paragraph 79 is denied.

80.   Paragraph 80 is denied.

81.   Paragraph 81 is denied.

**KLASS LAW FIRM, L.L.P.**

## COUNT XIII

### NEGLIGENT RETENTION AND SUPERVISION OF SUPERINTENDENT AGAINST DEFENDANT TREYNOR COMMUNITY SCHOL DISTRICT

82. Defendants incorporate their answers to paragraphs 1-120.

83. Paragraph 83 is admitted.

84. Paragraph 84 is admitted.

85. Paragraph 85 is denied.

86. Paragraph 86 is denied.

87. Paragraph 87 is denied.

88. Paragraph 88 is denied.

89. Paragraph 89 is denied.

## COUNT XIV

### VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT (29 U.S.C. § 2611 *ET SEQ.*) AGAINST DEFENDANT TREYNOR COMMUNITY SCHOL DISTRICT

90. Defendants incorporate their answers to paragraphs 1-128.

91. Paragraph 91 is admitted.

92. Paragraph 92 is admitted.

93. Paragraph 93 is denied for lack of information sufficient to form a belief about the truth of the matters asserted.

94. Paragraph 94 is denied.

95. Paragraph 95 is denied.

96. Paragraph 96 is denied.

**KLASS LAW FIRM, L.L.P.**

## COUNT XV

### VIOLATION OF THE IOWA CIVIL RIGHTS ACT
### (IOWA CODE § 216.9 - HARASSMENT AND RETALIATION)
### AGAINST DEFENDANT
### TREYNOR COMMUNITY SCHOL DISTRICT

97. Defendants incorporate their answers to paragraphs 1-54.

98. Paragraph 98 is denied.

99. Defendants admit that Plaintiffs filed formal complaints with the District. The remainder of paragraph 99 is denied.

100. Paragraph 100 is denied.

101. Paragraph 101 is denied.

102. Paragraph 102 is denied.

103. Paragraph 103 is denied.

## COUNT XVI

### VIOLATION OF THE IOWA CIVIL RIGHTS ACT
### (IOWA CODE CHAPTER 216 - HARASSMENT AND RETALIATION)
### AGAINST DEFENDANT TIM NAVARA

104. Defendants incorporate their answers to paragraphs 1-61.

105. Paragraph 105 is denied.

106. Paragraph 106 is denied.

107. Paragraph 107 is denied.

108. Paragraph 108 is denied.

109. Paragraph 109 is denied.

110. Paragraph 110 is denied.

**KLASS LAW FIRM, L.L.P.**

### COUNT XVIII

### VIOLATION OF TITLE VII OF THE CIVILS RIGHTS ACT OF 1964 (42 U.S.C. § 2000e *ET SEQ.* – SEXUAL HARASSMENT AND RETALIATION) AGAINST DEFENDANT TREYNOR COMMUNITY SCHOL DISTRICT

118.   Defendants incorporate their answers to paragraphs 1-75.

119.   Paragraph 119 is denied.

120.   Paragraph 120 is denied.

121.   Paragraph 121 is denied.

122.   Paragraph 122 is denied.

123.   Paragraph 123 is denied.

WHEREFORE, Defendants pray for dismissal of the First Amended Complaint, and for their costs and attorney fees.

### AFFIRMATIVE DEFENSES

1.   The First Amended Complaint fails to state claims for relief against these Defendants.

2.   Treynor Community School District instituted reasonable and effective policies and procedures designed to insure effective action on complaints and Plaintiffs unreasonably failed to make timely complaints to appropriate District representatives.

3.   Defendants' actions were taken for legitimate educational and business related reasons.

4.   Defendants are not liable for acts committed outside the scope of an employee's employment.

5.   Plaintiffs' common law claims are pre-empted by their state and federal claims of harassment, discrimination and retaliation.

**KLASS LAW FIRM, L.L.P.**

6. Dan Strutzenberg and Jann Strutzenberg were at fault and their fault was a proximate cause of Plaintiffs' damages.

## JURY DEMAND

Defendants demand a jury trial.

Respectfully submitted,

*[signature: Douglas L. Phillips]*

Douglas L. Phillips
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
phillips@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax

ATTORNEYS FOR DEFENDANTS
TREYNOR COMMUNIT SCHOOL
DISTRICT AND TIM NAVARA

**KLASS LAW FIRM, L.L.P.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Becky S. Knutson
Margaret A. Hanson
Davis, Brown, Koehn, Shors & Roberts, PC
215 10th Street, Ste. 1300
Des Moines, IA  50309-3993

Andrew J. Bracken
Rebecca E. Reif
Ahlers & Cooney, PC
100 Court Avenue, Suite 600
Des Moines, IA  50309-2231

/s/ Douglas L. Phillips

**KLASS LAW FIRM, L.L.P.**