IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| A.S., a Minor, by her Father and Mother, and Next Friends, DAN AND JANN STRUTZENBERG, DAN STRUTZENBERG, Individually; JANN STRUTZENBERG, Individually,<br><br>   Plaintiffs,<br><br>v.<br><br>TREYNOR COMMUNITY SCHOOL DISTRICT, TIM NAVARA, KEVIN ELWOOD,<br><br>   Defendants. | Case No. 1:14-cv-00035<br><br><br>**DEFENDANT ELWOOD'S ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES** |

COMES NOW Defendant, Kevin Elwood, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A) and states as follows for his Answer and Affirmative Defenses in response to Plaintiffs' First Amended Complaint and Jury Demand:

**PARTIES**

1.  Defendant Elwood admits the allegations in Paragraph 1.

2.  Defendant Elwood admits the allegations in Paragraph 2.

3.  Defendant Elwood admits the allegations in Paragraph 3.

**JURSIDICTION AND VENUE**

4.  Defendant Elwood admits the allegations in Paragraph 4.

5.  Defendant Elwood admits to jurisdiction of the court, but denies the remaining allegations of Paragraph 5.

6.  Defendant Elwood admits the venue, but denies the remaining allegations of Paragraph 6.

1

**FACTUAL BACKGROUND**

7.     Defendant Elwood admits Dan and Jann Strutzenberg are employees of the Treynor Community School District ("District"). Defendant Elwood denies A.S. is currently a minor, but admits A.S. is the daughter of Dan and Jann Strutzenberg. Defendant Elwood admits A.S. was a sophomore student during the 2013-2013 school year.

8.     Defendant Elwood admits he is the father of Kreighton Elwood. Defendant Elwood admits he served as the Superintendent of the District during the 2012-2013 school year, and performed his duties relating thereto. Defendant Elwood admits Kreighton Elwood was a junior enrolled in the District during the 2012-2013 school year and that Kreighton Elwood plead guilty on September 19, 2013 to criminal offenses that included assault. Defendant Elwood denies the remaining allegations of Paragraph 8.

9.     Defendant Elwood denies for lack of information the allegations of Paragraph 9.

10.    Defendant Elwood denies for lack of information the allegations of Paragraph 10.

11.    Defendant Elwood denies Plaintiff A.S. was harassed by other students in the school on May 17, 2013, and denies for lack of information the remaining allegations of Paragraph 11.

12.    Defendant Elwood admits that Plaintiff Dan Strutzenberg contacted the Pottawattamie Sheriff's Department. Defendant Elwood admits Plaintiff Jann Strutzenberg contacted Shana Elwood on May 21, 2013 while both were at work for the District, but denies this was a "report" of "the incident." Defendant Elwood admits he contacted Plaintiff Dan Strutzenberg on May 21, 2013, but denies Dan Strutzenberg made a "report" of "the incident" on that date. Defendant Elwood affirmatively states that no "report" or complaint was made with the District until January 29, 2014. Defendant Elwood denies for lack of information the remaining allegations of Paragraph 12.

13. Defendant Elwood admits a warrant was issued for Kreighton Elwood's arrest on July 7, 2013 for charges associated with incidents involving A.S. and other persons.

14. Defendant Elwood admits that Kreighton Elwood entered guilty pleas on September 19, 2013, but affirmatively states that Kreighton Elwood plead guilty to simple assault causing bodily injury in violation of Iowa Code § 708.1(1) for the incident involving A.S. and was granted a deferred judgment. Defendant Elwood admits that Kreighton Elwood was required to register as a sex offender and the no-contact orders instituted during the pendency of the criminal proceedings were kept in place. Defendant Elwood denies the remaining allegations of Paragraph 14, and affirmatively states that Kreighton Elwood was not allowed to enroll in and complete further classes in the District and was deemed ineligible for extracurricular activities.

15. Defendant Elwood admits Jann Strutzenberg was advised of or given Family and Medical Leave Act leave, but denies the remaining allegations of Paragraph 15.

16. Defendant Elwood denies for lack of information the allegations of Paragraph 16.

17. Defendant Elwood denies for lack of information the allegations of Paragraph 17 concerning any conversations Plaintiff Dan Strutzenberg had with unnamed school board members. Defendant Elwood affirmatively denies knowledge of or committing acts constituting discrimination, harassment, bullying or retaliation against Plaintiffs and other students. Defendant Elwood affirmatively denies breaching any duties owed in the administration of his position as Superintendent of the District.

18. Defendant Elwood admits Plaintiffs filed written complaints with the District on or before January 29, 2014 which were fully investigated, and denies the remaining allegations of Paragraph 18.

19. Defendant Elwood admits Kreighton Elwood plead guilty on September 19, 2013 to offenses relating to two other individuals besides Plaintiff A.S., but denies the remaining allegations of Paragraph 19.

20. Defendant Elwood denies Plaintiff A.S. has been denied the right to school, class, band practice, or any other educational opportunities and benefits in the District. Defendant Elwood denies for lack of information the remaining factual allegations of Paragraph 20, and to the extent Plaintiffs' allegations constitute legal conclusions, such allegations are denied.

21. Defendant Elwood denies for lack of information whether Plaintiff Jann Strutzenberg has incurred financial expenses for Plaintiff A.S.'s treatment, and denies the remaining factual allegations of Paragraph 21. To the extent Plaintiffs' allegations constitute legal conclusions, such allegations are denied.

22. Defendant Elwood denies for lack of information whether Plaintiff Dan Strutzenberg has incurred financial expenses for Plaintiff A.S.'s treatment, and denies the remaining factual allegations of Paragraph 22. To the extent Plaintiffs' allegations constitute legal conclusions, such allegations are denied.

**COUNT I - VIOLATION OF 20 U.S.C. § 1681 AGAINST DEFENDANT TREYNOR COMMUNITY SCHOOL DISTRICT**

23. Defendant Elwood re-asserts and incorporates herein by reference his responses to Paragraphs 1 – 22 as set forth above.

24. – 28.  As no allegations are asserted against Defendant Elwood, Defendant Elwood makes no response to Paragraphs 24 – 28.

**COUNT II - VIOLATION OF 20 U.S.C. § 1681 AGAINST DEFENDANT TIM NAVARA**

29. Defendant Elwood re-asserts and incorporates herein by reference his responses to Paragraphs 1 – 28 as set forth above.

30. – 34.     As no allegations are asserted against Defendant Elwood, Defendant Elwood makes no response to Paragraphs 30 – 34.

## COUNT III - VIOLATION OF 20 U.S.C. § 1681 AGAINST DEFENDANT KEVIN ELWOOD

35.     Defendant Elwood re-asserts and incorporates herein by reference his responses to Paragraphs 1-34 as set forth above.

36.     Defendant Elwood admits Kreighton Elwood and Plaintiff A.S. were both enrolled in the District in May of 2013, but denies for lack of clarity the remaining allegations of Paragraph 36.

37.     Defendant Elwood denies the allegations of Paragraph 37.

38.     Defendant Elwood admits Defendant Elwood contacted Plaintiff Dan Strutzenberg on May 21, 2013, but denies Plaintiff Dan Strutzenberg made a "verbal report" of "harassment and assault" concerning A.S. to Defendant Elwood. Defendant Elwood denies the contact was made in his capacity as District Superintendent and denies he had "actual knowledge" of the extent of the incident between Kreighton Elwood and Plaintiff A.S. on that date.

39.     Defendant Elwood denies the allegations of Paragraph 39.

40.     Defendant Elwood denies the allegations of Paragraph 40.

## COUNT IV- VIOLATION OF 42 U.S.C. § 1983 AGAINST DEFENDANT TREYNOR COMMUNITY SCHOOL DISTRICT

41.     Defendant Elwood re-asserts and incorporates herein by reference his responses to Paragraphs 1 – 40 as set forth above.

41. – 44.   As no allegations are asserted against Defendant Elwood, Defendant Elwood makes no response to Paragraphs 41 – 44.

**COUNTS V-IX – Dismissed by Order of the Court on July 23, 2015.**

**COUNT X - NEGLIGENCE AGAINST DEFENDANT
TREYNOR COMMUNITY SCHOOL DISTRICT**

67. Defendant Elwood re-asserts and incorporates herein by reference his responses to all paragraphs as set forth above.

68. – 71. As no allegations are asserted against Defendant Elwood, Defendant Elwood makes no response to Paragraphs 68 – 71.

**COUNT XI - NEGLIGENCE AGAINST
DEFENDANT TIM NAVARA**

72. Defendant Elwood re-asserts and incorporates herein by reference his responses to all paragraphs as set forth above.

73. – 76. As no allegations are asserted against Defendant Elwood, Defendant Elwood makes no response to Paragraphs 73 – 76.

**COUNT XII - NEGLIGENCE AGAINST DEFENDANT
KEVIN ELWOOD**

77. Defendant Elwood re-asserts and incorporates herein by reference his responses to all paragraphs as set forth above.

78. Defendant Elwood denies the allegations of Paragraph 78 for lack of information, and specifically because the generality and ambiguity in Plaintiff's allegations preclude Defendant Elwood from meaningfully admitting or denying the same.

79. Defendant Elwood denies the allegations of Paragraph 79.

80. Defendant Elwood denies the allegations of Paragraph 80.

81. Defendant Elwood denies the allegations of Paragraph 81.

### COUNT XIII - NEGLIGENT RETENTION AND SUPERVISION OF SUPERINTENDENT AGAINST DEFENDANT TREYNOR COMMUNITY SCHOOL DISTRICT

82. Defendant Elwood re-asserts and incorporates herein by reference his responses to all paragraphs as set forth above.

83. – 89. As no allegations are asserted against Defendant Elwood, Defendant Elwood makes no response to Paragraphs 83 – 89.

### COUNT XIV - VIOLATIONS OF THE FAMILY AND MEDICAL LEAVE ACT (29 U.S.C. § 2611 ET SEQ.) AGAINST DEFENDANT TREYNOR COMMUNITY SCHOOL DISTRICT

90. Defendant Elwood re-asserts and incorporates herein by reference his responses to all paragraphs as set forth above.

91. – 96. As no allegations are asserted against Defendant Elwood, Defendant Elwood makes no response to Paragraphs 91 – 96.

### COUNT XV - VIOLATION OF IOWA CIVIL RIGHTS ACT (IOWA CODE § 216.9 - HARASSMENT AND RETALIATION) AGAINST DEFENDANT TREYNOR COMMUNITY SCHOOL DISTRICT

97. Defendant Elwood re-asserts and incorporates herein by reference his responses to all paragraphs as set forth above.

98. – 103. As no allegations are asserted against Defendant Elwood, Defendant Elwood makes no response to Paragraphs 98 – 103.

### COUNT XVI - VIOLATION OF IOWA CIVIL RIGHTS ACT (IOWA CODE CHAPTER 216 - HARASSMENT AND RETALIATION) AGAINST DEFENDANT TIM NAVARA

104. Defendant Elwood re-asserts and incorporates herein by reference his responses to all paragraphs as set forth above.

105. – 110. As no allegations are asserted against Defendant Elwood, Defendant Elwood makes no response to Paragraphs 105 – 110.

**COUNT XVII – Dismissed by Order of the Court on July 23, 2015.**

**COUNT XVIII - VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 (42 U.S.C. § 2000e ET SEQ. - SEXUAL HARASSMENT AND RETALIATION) AGAINST DEFENDANT TREYNOR COMMUNITY SCHOOL DISTRICT**

118.    Defendant Elwood re-asserts and incorporates herein by reference his responses to all paragraphs as set forth above.

119. – 123. As no allegations are asserted against Defendant Elwood, Defendant Elwood makes no response to Paragraphs 119 – 123.

**COUNTS XIX and XX – Dismissed by Order of the Court on July 23, 2015.**

WHEREFORE, Defendant Kevin Elwood prays that Plaintiffs' First Amended Complaint and Jury Demand be dismissed at Plaintiff's cost.

**AFFIRMATIVE DEFENSES**

For further answer to Plaintiffs' First Amended Complaint and Jury Demand and by way of defense thereto, Defendant Kevin Elwood states:

1.    Any allegation not specifically admitted herein is denied.

2.    Plaintiffs have failed to state claims upon which relief may be granted.

3.    All or some of Plaintiffs' claims are subject to the Iowa Comparative Fault Act, Iowa Code Chapter 668. Defendant Elwood reserves all and defenses available to him under the Act, including a proportional reduction or bar to Plaintiffs' recovery for the fault of Plaintiffs, other named Defendants, or third parties.

4.    Defendant Elwood has not breached any duties owed in the administration of his position as Superintendent of the District.

5.    Defendant Elwood has not acted with actual malice or willful, wanton and reckless misconduct so as to constitute an award of punitive damages.

6. Defendant Elwood is entitled to discretionary-function immunity and/or other immunities from one or more of Plaintiffs' claims under the Municipal Tort Claims Act, Iowa Code chapter 670.

7. Defendant Elwood did not have actual notice of sexual discrimination/harassment or the threat thereof to plaintiff A.S.

8. Defendant Elwood did not have substantial control of sexual discrimination/harassment or the threat thereof to plaintiff A.S.

9. Defendant Elwood did not act with deliberate indifference.

10. Defendant Elwood reserves the right to rely on any affirmative defenses set forth by other defendants in this case, and incorporates such herein by reference.

11. Defendant Elwood asserts he may have other separate and additional defenses of which he is not presently aware, and reserves the right to amend his answer to assert such defenses as they become apparent.

## JURY DEMAND

Defendant Kevin Elwood demands trial by jury herein.

/s/ Andrew J. Bracken
Andrew J. Bracken (AT0001146)
dbracken@ahlerslaw.com

/s/ Miriam Van Heukelem
Miriam D. Van Heukelem (AT0010074)
mvanheukelem@ahlerslaw.com

/s/ Rebecca E. Reif
Rebecca E. Reif, (AT0011963)
rreif@ahlerslaw.com
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
(515) 243-7611
(515) 243-2149 (fax)
ATTORNEYS FOR DEFENDANT KEVIN ELWOOD

**Electronically filed and served.**

Becky S. Knutson
Margaret A. Hanson
Davis, Brown, Koehn, Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
(515) 288-2500
(515) 243-0654 (fax)
BeckyKnutson@davisbrownlaw.com
MaggieHanson@davisbrownlaw.com
ATTORNEYS FOR PLAINTIFFS

Douglas L. Phillips
KLASS LAW FIRM, L.L.P.
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
(712) 252-1866
(712) 252- 5822 fax
 phillips@klasslaw.com
ATTORNEYS FOR DEFENDANTS TREYNOR COMMUNITY SCHOOL DISTRICT & TIM NAVARA

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on:   August 5, 2015

By:
- ☐ U.S. Mail
- ☐ Hand delivery
- ☒ Electronically (e.g. *via CM/ECF*)
- ☐ Fax
- ☐ Private Carrier
- ☐ E-mail

Signature:   */s/ Rebecca E. Reif*

*01142402-1\17071-997*