UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| A. S., A MINOR, BY HER FATHER AND MOTHER AND NEXT FRIENDS, DAN AND JANN STRUTZENBERG, DAN STRUTZENBERG, INDIVIDUALLY, JANN STRUTZENBERG, INDIVIDUALLY<br><br>Plaintiffs,<br><br>vs.<br><br>TREYNOR COMMUNITY SCHOOL DISTRICT, TIM NAVARA, KEVIN ELWOOD<br><br>Defendants. | NO. 1:14-CV-35<br><br>**NOTICE OF VIDEOTAPED DEPOSITIONS** |

TO:   A. S., a Minor, et al
      c/o Becky S. Knutson
      215 10th Street, Ste. 1300
      Des Moines, IA  50309-3993

YOU ARE NOTIFIED that, beginning at 9:30 a.m. on December 8, 2015, and December 9, 2015 at the offices of Federal Courthouse, 8 S 6th Street, Council Bluffs, Iowa, the videotaped, oral depositions of:

1) A.S. to be followed by

2) Jann Strutzenberg at approximately 11:00 a.m. to be followed by

3) Dan Strutzenberg at approximately 1:30 p.m.

will be taken before an officer authorized to administer oaths, on behalf of the Defendants, to be used in accordance with the Iowa Rules of Civil Procedure Rules of Civil Procedure relating to depositions.  The taking of such deposition may be continued from day to day until completed.  Please check in with the Clerk of Court on the day of the deposition for room assignment.

**KLASS LAW FIRM, L.L.P.**

1

Respectfully submitted,

*/s/ Douglas L. Phillips*
Douglas L. Phillips
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
phillips@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax

ATTORNEYS FOR DEFENDANTS
TREYNOR COMMUNITY SCHOOL
DISTRICT AND TIM NAVARA

Copy to:

Becky S. Knutson
215 10th Street, Ste. 1300
Des Moines, IA 50309-3993

Andrew J. Bracken
Rebecca Reif
Ahlers & Cooney
100 Court Ave., Ste. 600
Des Moines, IA 50309

Miriam Van Heukelem
Ahlers & Cooney, PC
100 Court Avenue, Ste. 600
Des Moines, IA 50309

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing
instrument was served upon all parties to the
above cause to each of the attorneys of record
herein at their respective addresses disclosed
on the pleading on ___10/29_____, 2015
By: _____ U.S. Mail          _____ facsimile
    _____ Hand delivered     _____ Overnight courier
   _x____ Email              _____ ECF

Signature __/s/ Douglas L. Phillips _____

**KLASS LAW FIRM, L.L.P.**