UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| A. S., A MINOR, BY HER FATHER AND MOTHER AND NEXT FRIENDS, DAN AND JANN STRUTZENBERG, DAN STRUTZENBERG, INDIVIDUALLY, JANN STRUTZENBERG, INDIVIDUALLY<br><br>Plaintiffs,<br><br>vs.<br><br>TREYNOR COMMUNITY SCHOOL DISTRICT, TIM NAVARA, KEVIN ELWOOD<br><br>Defendants. | NO. 1:14-CV-35<br><br><br><br>**AMENDED NOTICE OF VIDEOTAPED DEPOSITIONS** |

TO:   A. S., a Minor, et al
      c/o Becky S. Knutson
      215 10th Street, Ste. 1300
      Des Moines, IA  50309-3993

YOU ARE NOTIFIED that, beginning at 9:00 a.m. on December 30, 2015, and December 31, 2015 at the offices of Federal Courthouse, 8 S 6th Street, Room 207, Council Bluffs, Iowa, the videotaped, oral depositions of:

1) A.S. to be followed by

2) Jann Strutzenberg to be followed by

3) Dan Strutzenberg

will be taken before an officer authorized to administer oaths, on behalf of the Defendants, to be used in accordance with the Federal Rules of Civil Procedure Rules of Civil Procedure relating to depositions.  The taking of such deposition may be continued from day to day until completed.  Please check in with the Clerk of Court on the day of the deposition for room assignment.

**KLASS LAW FIRM, L.L.P.**

1

Respectfully submitted,

_/s/ Douglas L. Phillips_
Douglas L. Phillips
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA  51106
phillips@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax

ATTORNEYS FOR DEFENDANTS
TREYNOR COMMUNITY SCHOOL
DISTRICT AND TIM NAVARA

Copy to:

Becky S. Knutson
215 10th Street, Ste. 1300
Des Moines, IA  50309-3993

Andrew J. Bracken
Rebecca Reif
Ahlers & Cooney
100 Court Ave., Ste. 600
Des Moines, IA  50309

Miriam Van Heukelem
Ahlers & Cooney, PC
100 Court Avenue, Ste. 600
Des Moines, IA  50309

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleading on ___12.7_____, 2015
By:  _____ U.S. Mail          _____ facsimile
     _____ Hand delivered     _____ Overnight courier
     _x___ Email              _____ ECF

Signature __/s/ Douglas L. Phillips _____