IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| A.S., a Minor, by her Father and Mother and Next Friends, DAN and JANN STRUTZENBERG, DAN STRUTZENBERG, Individually, and JANN STRUTZENBERG, Individually,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>TREYNOR COMMUNITY SCHOOL DISTRICT, TIM NAVARA, and KEVIN ELWOOD,<br><br>　　　　Defendant(s). | 1:14-cv-00035-SMR-HCA<br><br><br><br><br>ORDER CANCELING TRIAL AND FINAL PRETRIAL CONFERENCE AND FOR CLOSING DOCUMENTS |

　　　　The parties have reported they have reached a settlement of this case. Accordingly, final pretrial set for August 31, 2016 and jury trial set for September 19, 2016, as well as all other deadlines and hearing dates, are canceled.

　　　　Closing documents shall be filed by **March 21, 2016**. If no closing documents are filed, pursuant to LR 41.c the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

　　　　IT IS SO ORDERED.

　　　　Dated this 19th day of February, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HELEN C. ADAMS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE