IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
(WESTERN DIVISION)

| | |
|---|---|
| A.S., a Minor, by her Father and Mother and Next Friends, DAN AND JANN STRUTZENBERG, DAN STRUTZENBERG, Individually, and JANN STRUTZENBERG, Individually,<br><br>　　　　Plaintiff,<br>v.<br><br>TREYNOR COMMUNITY SCHOOL DISTRICT, TIM NAVARA, and KEVIN ELWOOD,<br><br>　　　　Defendants. | Case No. 1:14-cv-35<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW the Plaintiffs and Defendants, by and through their attorneys, and, in accordance with Federal Rule of Civil Procedure 41(a), hereby stipulate to a voluntary dismissal with prejudice of this action. This Dismissal disposes of the case in its entirety.

/s/ Becky S. Knutson
Becky S. Knutson, AT0004225
Margaret A. Hanson, AT0011866
Davis, Brown, Koehn, Shors & Roberts, P.C.
The Davis Brown Tower
215 10th Street, Suite 1300
Des Moines, IA 50309-3993
Telephone: (515) 288-2500
Facsimile: (515)243-0654
Email: BeckyKnutson@davisbrownlaw.com
MaggieHanson@davisbrownlaw.com
ATTORNEYS FOR PLAINTIFFS

#2697694

/s/ Douglas L. Phillips
Douglas L. Philips
Klass Law Firm, LLP
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, Iowa 51106
(712) 252-1866
(712) 252- 5822 fax
phillips@klasslaw.com
ATTORNEY FOR DEFENDANTS
TREYNOR COMMUNITY SCHOOL
DISTRICT AND TIM NAVARA

/s/ Rebecca E. Reif
Andrew J. Bracken (AT0001146)
Miriam D. Van Heukelem (AT0010074)
Rebecca E. Reif, (AT0011963)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
(515) 243-7611
(515) 243-2149 (fax)
dbracken@ahlerslaw.com
mvanheukelem@ahlerslaw.com
rreif@ahlerslaw.com
ATTORNEYS FOR DEFENDANT
KEVIN ELWOOD

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on March 7, 2016 by:

☐ U.S. Mail            ☐ FAX
☐ Hand Delivered       ☐ Overnight Courier
☐ Federal Express      ☒ Other: CM/ECF

Signature: /s/ Becky S. Knutson